# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA

UNITED STATES OF AMERICA

V.

DARIAN LOCURE

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:18cr08-WKW-02

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ W. Keith Watkins
_____
Signature of Judge

W.KEITH WATKINS      Chief   U.S. District Judge
_____
Name of Judge              Title of Judge

6/18/2018
_____
                    Date